**U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: Young

REPORTER:  FTR

DOCKET NO.

DATE: 6/28/16

EARLY APPOINTMENT OF COUNSEL FOR  _Sherman Carl Vaughan_

APPEARANCES:    GOVERNMENT  _Peter Duffey_    ( ✓ )

DEFT PRESENT   ( ✓ )

EARLY APPOINTMENT OF COUNSEL   ( ✓ )

DEFT ADVISED OF RIGHTS, CHARGES, AND RIGHT TO COUNSEL ( ✓ )

COUNSEL DESIRED   ( ✓ )

FINANCIAL AFFIDAVIT FILED IN OPEN COURT   ( ✓ )

APPOINTMENT OF COUNSEL APPROVED   ( ✓ )   DENIED (   )

CASE SET: 11:00 BEGAN: 11:00 ENDED: 11:01 TIME IN COURT:  1 min