IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:16cr111 |
| | ) | |
| v. | ) | |
| | ) | |
| SHERMAN CARL VAUGHN, JR., | ) | |
| | ) | |
| | ) | The Honorable John A. Gibney, Jr. |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO GRANT DEFENDANT ADDITIONAL ONE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY

The United States of America, by its undersigned counsel, pursuant to U.S.S.G. § 3E1.1(b), moves the Court to grant the defendant SHERMAN CARL VAUGHN, JR. an additional one-level decrease in his offense level for acceptance of responsibility, in that the defendant assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

                                        Dana J. Boente
                                        United States Attorney

By:    /s/
        Katherine Lee Martin
        Stephen Anthony
        Assistant United States Attorneys
        United States Attorney's Office
        919 E. Main Street, Suite 1900
        Richmond, Virginia 23219-2447
        Phone:  (804) 819-5400
        Fax:  (804) 819-7417
        katherine.martin@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on the 29th day of August 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

John Angelo March Jr.
530 East Main Street
Suite 300
Richmond, Virginia 23219
(804) 788-4412

                                       Dana J. Boente
                                       United States Attorney

                 By:       /s/
                                       Katherine Lee Martin
                                       Stephen Anthony
                                       Assistant United States Attorneys
                                       United States Attorney's Office
                                       919 E. Main Street, Suite 1900
                                       Richmond, Virginia 23219-2447
                                       Phone:  (804) 819-5400
                                       Fax:  (804) 819-7417