IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:16cr111 |
| | ) | |
| v. | ) | |
| | ) | |
| SHERMAN CARL VAUGHN, JR., | ) | |
| | ) | |
| | ) | The Honorable John A. Gibney, Jr. |
| Defendant. | ) | |

GOVERNMENT'S SUPPLEMENTAL POSITION WITH RESPECT TO SENTENCING

The United States of America, by and through undersigned counsel, agrees that the probation officer correctly calculated an advisory Guidelines range of 70-87 months' imprisonment. After further review, the government concluded that the defendant's offense level appropriately does not include a vulnerable victim enhancement consistent with Section 1B1.8 of the United States Sentencing Guidelines. Therefore, the position of the United States (originally filed in August 2017) remains the same; the purposes of Title 18, United States Code, Section 3553(a) are met by imposing a sentence of 87 months.

                Dana J. Boente
                United States Attorney

      By:   /s/
          Katherine Lee Martin
          Stephen Anthony
          Assistant United States Attorneys
          United States Attorney's Office
          919 E. Main Street, Suite 1900
          Richmond, Virginia 23219-2447
          Phone: (804) 819-5400
          Fax: (804) 819-7417
          katherine.martin@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of January 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

William J. Dinkin
Stone, Dinkin & Amirshahi, PLC
101 Shockoe Slip, Suite K
Richmond, Virginia 23219
dinkin@shockoelaw.com

John Angelo March Jr.
530 East Main Street
Suite 300
Richmond, Virginia 23219
(804) 788-4412
cawright2692@gmail.com

                                          Dana J. Boente
                                          United States Attorney

By:     /s/
           Katherine Lee Martin
           Stephen Anthony
           Assistant United States Attorneys
           United States Attorney's Office
           919 E. Main Street, Suite 1900
           Richmond, Virginia 23219-2447
           Phone:  (804) 819-5400
           Fax:  (804) 819-7417